Brandon Evans #1212103
_____
Name and Inmate Booking Number

High Desert State Prison
_____
Place of Confinement

po Box 650
_____
Mailing Address

Indian Springs, NV 89070
_____
City, State, Zip Code

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Brandon Kenneth Evans
_____,
                    Plaintiff

vs.

(1) Wilson Bernales, MD
_____,

(2) See additional pages for Defendants
_____,

(3) _____,

(4) _____,

(5) _____,
                    Defendant(s).

Case No. 2:21-cv-02247-GMN-VCF
(To be supplied by Clerk of Court)

## CIVIL RIGHTS COMPLAINT
## BY AN INMATE

☐ Original Complaint
☒ First Amended Complaint
☐ Second Amended Complaint

☐ Jury Trial Demanded

## A.    JURISDICTION

1)    This Court has jurisdiction over this action pursuant to:
☒ 28 U.S.C. § 1343(a)(3); 42 U.S.C. § 1983
☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971)
☐ Other: _____

2)    Institution/city where Plaintiff currently resides: High Desert State Prison-Indian Springs, NV

3)    Institution/city where violation(s) occurred: High Desert State Prison- Indian Springs, NV

## B.     DEFENDANTS

1. Name of first Defendant: Wilson Bernales . The first Defendant is employed as:
Medical Doctor at High Desert State Prison .

(Position of Title)                                        (Institution)

2. Name of second Defendant: John Doe 1 . The second Defendant is employed as:
Medical Doctor at High Desert State Prison .

(Position of Title)                                        (Institution)

3. Name of third Defendant: Ben Gutierrez . The third Defendant is employed as:
Director of Nursing at High Desert State Prison .

(Position of Title)                                        (Institution)

4. Name of fourth Defendant: Julie Williams . The fourth Defendant is employed as:
Associate Warden of Programs/Grievance coordinator at High Desert State Prison .

(Position of Title)                                        (Institution)

5. Name of fifth Defendant: Calvin Johnson . The fifth Defendant is employed as:
Warden at High Desert State Prison .

(Position of Title)                                        (Institution)

**If you name more than five Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C.     NATURE OF THE CASE

Briefly state the background of your case.

I have been denied any reasonable medical treatment for Fibromyalgia during my entire incarceration at High Desert State Prison - Nevada Department of Corrections. This has been for over three years. This causes me extreme toothe-like pain daily! Any attempt to seek treatment is usually obrison jonced, ac once resulted in severely inadequate and temporary treatment, All staff seem to not care and continue to be deliberatly indifferent to my serious medical needs. This is a systemic problem at HDSP.

Defendants - Heading

1. Wilson Bernales MD
2. John Doe 1 MD
3. Ben Gutierrez RN
4. Julie Williams
5. Calvin Johnson
6. John Doe 2
7. "N." Peret
8. Michael Miner MD

1-A

B. Defendants    Continued

6. Sixth Defendant: John Doe 2    The Sixth
Defendant is employed as: Associate Warden of
Cole Services at High Desert State Prison.

7. Seventh Defendant: "N." Peret    The Seventh
Defendant is employed as: Unknown at this time, at
High Desert State Prison.

8. Eighth Defendant: Michael Minev MD
The Eighth Defendant is employed as: Medical Director
at Nevada Department of Corrections.

2-A

### D.    CAUSE(S) OF ACTION

### CLAIM 1

1. State the constitutional or other federal civil right that was violated: 8ᵗʰ Ammendment Re: Cruel and unusual Punishment

2. **Claim 1**.  Identify the issue involved.  Check **only one**.  State additional issues in separate claims.

   ☐ Basic necessities          ☒ Medical care              ☐ Mail

   ☐ Disciplinary proceedings ☐ Exercise of religion      ☐ Property

   ☐ Access to the court        ☐ Excessive force by officer ☐ Retaliation

   ☐ Threat to safety           ☐ Other: _____

3. **Date(s) or date range** of when the violation occurred: 2-14-19 ~ Present .

4. **Supporting Facts**: State as briefly as possible the FACTS supporting Claim 1.  Describe exactly what **each specific defendant (by name)** did to violate your rights. State the facts clearly in your own words without citing legal authority or argument.

1) I have severe Fibromyalgia, for which I have never received any meaningful treatment During my incarceration at High Desert State Prison, From February 14th 2019 to the present.

2) Fibromyalgia causes me extreme Full-body pain, usually worse in my back and legs, often crippling and limiting my physical activity. It also causes extreme Fatigue and GI distress and other issues. The constant pain, worsened by pressure / touch makes it near impossible to sleep.

3) This extreme pain physically stops me from being able to work, preventing me from earning "Good time" / work credits / days off my sentence.

4) The near-constant torture-like pain I'm in causes extreme mental anguish. At this point I'm affraid of physical activity or any physical stress and movement.

5) When I've been assigned / forced to a Top bunk climbing up and down is Horrifically painful and difficult. I have anxiety over the possibility of being required to go back to a top bunk if I'm moved and the

3

Claim 1 continued

5) torture that it would cause me.

6) Top teir cell assignment requires me to walk up the stairs to come back from activities, which is nearly impossible most days due to the extreme effort and pain.

7) Due to Covid Related lockdowns and Restrictions my condition has seriously deteriorated.

8) I have been suffering from Fibromyalgia since 2011. I was diagnosed by three seperate doctors in Elko, Nv. Dr. Tkach, Dr. patton whimple D.O., and Dr. Devendrakumar patel MD in 2014. Dr. patel managed my case and treatment for over 3 years. In 2015 I was refered to a specialist in Sacremento, CA for confirmation and additional help/support in treatment from Dr. patel, this was the Fibromyalgia treatment and learning center.

9) with Dr. patel, prior to my arrest, I received a variety of treatments to best manage my condition. This included cross-wave electrical therapy, oral and topical anti-inflammatories including nabumetone and volteren gel, muscle relaxers such as flexeril, and narcotics such as Hydrocodone - and extended release 20 Hydro ER.

10) please see exhibits H1-H12 for Health information on Fibromyalgia.

11) At intake to HDSP I informed the nurse on 2-15-19 of my Fibromyalgia and was told I would soon

3~A

11) See a doctor for a complete exam and could discuss it then.

12) In early March of 2019 I saw the doctor, Defendant John Doe 1, where I informed him of my Fibomyalgia and medical history during my intake exam. This Happened in the unit 1AB medical Room.

13) He told me "the drugs for that are not on our formulary" and offered no help or treatment, failed to enroll me in the Chronic Care Program for pain management, and acording to AWP Williams in exhibit E, failed to document it at all.

14) All I received from Defendant Doe 1 was a single month supply of Claratin for seasonal alergies, which I've only been able to renew a few times, never in 2021 or 2022.

15) I have been requesting and begging for Help and treatment for years, through many channels, verbally asking nurses when they are in the unit. and on paper requests, See exhibits ~~A1-A13~~ A1-A13, B1,B2,C, E, F1-F5.

16) I attempted to find directly who could help schedule my appointment (ex F5) with no Reply.

17) Exhibit G is a partial, incomplete log of medical kites/requests I've submitted, Rarely Receiving a Reply to them.

3-B

18) I have attempted to Identify Defendant Doe 1 from my medical Records but I am being denied access to them, despite policy in AR 639. See exhibit F7. I also made Requests on 12-19-21 and prior on Oct-18-2021. A "long list" shouldn't violate a policy of 3-5 days and make it months - never.

19) I've tried to verify Records Requests were successful and I'm just told to schedule an appointment (ex F8) Which I've been trying to do for 3 years.

20) Defendant Williams was previosly known as Julie Matousek. Replies from her, such as ex. E, say Matousek, but may be referenced as ~~from~~ from Williams. Her position is Associate Warden of Programs (AWP) and HDSP Grievance Coordinator per OP 740 - ~~Responsibility~~ Responsibility.

21) During my time at HDSP my symptoms were Getting worse and pain more severe, I started putting in the affromentioned Kites for Help.

22) With no Help, I had to file my First Grievance on this issue, on 9-10-19, to finally see a Doctor. See ex B1, B2.

23) On 11-6-19 I saw Dr. Augustine, who wanted some labwork and my medical Records before Giving me Medication other than tylenol. He ordered this bloodwork and Had me fill out the medical Records Request form.

3-C

24) I beleive Dr Augustine was one of few HDSP staff to act in good faith and attempt to Help, even with temporary measures that may have been ineffective.

25) This OTC strensh tylenol had no effect on my pain and has been the only treatment ever offered to me for my Fibromyalgia. I was never able to see Augustine again to tell Him it was ineffective.

26) He also ordered Fiber for my GI issues which I never received. I also only Received a small part of the tylenol ordered before it expired and nursing would not refill it.

27) I was told I would have a follow up 6-8 weeks later, with the Records and labwork. Instead it was about 2 weeks later with NP Manalang and no Records or results in. He Re-ordered the Fiber and said I'd be seen in a month. This did not Happen.

28) In early March 2020 I was seen for unrelated reasons by a nurse in unit 10.

29) I can no longer refill my Claration nor the tylenol.

30) Prior to incarceration I was on a gluten Free Diet, Recomended by Dr. patel and the Fibromyalgia treatment and Learning Center. Blood work (as Referenced in

3~D

30.) ex. F8) Showed a Wheat Alergy. A Gluten Free Diet Greatly improves/reduces my GI Symptoms and some overall inflamation. I've been unable to Recieve a Gluten Free Diet order from any medical provider at HDSP, the only way to Recieve an alergy Diet from HDSP Culinary.

31) On 6-29-2020 I filed another Grievance Seeking Help (ex. D6; D7, D8) which was assigned to Defendant "N." Peret (D6; D7) who never took ANY action nor bothered to Reply.

32) HDSP Grievance policy (AR740, OP740) allows an inmate to move to the next level after 45 Days for informal and First level Grievances if no Reply is Given.

33) On 9-20-20, well after ~~a reas~~ waiting a Reasonable time for a reply, I filed a First level Grievance (ex D4) Still trying to Seek Help. This was assigned to Defendant Ben Gutierrez, who also never took ANY action nor bothered to ever Reply.

34) Grievance Policy allows 60 Days for a Reply on a second level Grievance. After this all Administrative remedies are exhausted.

35) on 9-6-21 I filed an emergency Grievance (ex C) because I was in such severe pain. This

3-E

35) had no effect.

36) on 7-1-21 I filed a second level grievance still trying to seek Help (ex D2, D3) This was assigned to Director of Nursing II but was eventually replied to by Defendant Michael ~~Minev, MD and Director~~ Minev MD, Medical Director for the NDOC. Despite the 60 Day Requirement in AR740 there was no Reply until 1-16-2022, which I did not Receive until 2-1-22. (ex. D1)

37) ex D9-D16 ~~whe~~ were medical Requests and Documents Attached to the original informal grievance.

38) Despite Minev's Attempt to sweep this under the Rug and claim this issue is Resolved (see D1, last sentence "Grievance Resolved" and the finding and status boxes, "Resolved" and "inactive") I have still, more than 2 months later, Received no treatment, Despite His claim of an expedited appointment.

39) Defendant Minev clearly did little to nothing to see to it that I would be seen by a provider in any Reasonable timeframe, let alone any treatment.

40) After no Reply within 60 Days I Reached out Where I could for Help with this grievance (ex F1-F6, and E) including to the Warden, Defendant

3-F

40) Calvin Johnson (cert E) who couldn't be bothered and Matousek/williams Replied. Despite her posision as Grievance coordinator and the log number provided, I ~~re~~ still received no Reply/contact from Medical staff assigned to this Grievance.

4) Instead she blamed me, claiming I DiDn't inform medical, which is an unreasonable and outrageous claim Given How much pain I endure with this condition. In this she admitted that HDSP medical has been understaffed and implied this was part of the reason. She spoke Generally about them Working ~~on the waitlist, but~~ to see everyone, .but ~~then~~ simply said I was on the list. I beleive her "contact" to Medical simply confirmed I was on the list and she made no attempt to expedite it or Help me, as she made no attempt to aquire a Grievance Reply from Medical staff.

42) On Oct -1-21 at 7AM I was called up to HDSP medical, which is a significant uphill Distance from where I'm Housed (unit 10) and is an extremely painful walk. Outside the medical building SC/o Gallo had a Highlighted list of inmates to turn back and send back to the Housing units, including me. No attempt was made to

3-G

42) inform unit Housing officers nor escort officers of the canceled Appointments and inmates no longer needed. This painful, unneeded walk could have easily been avoided.

43) A significant number of the inmates turned back on oct-1-21 have Grievances And/or litigation vs Medical staff At HDSP.

44) On oct-25-21 most other inmates sent back on oct-1-21 were seen in unit 10 Medical Room no need for the Uphill trek. I was not on the list to be seen.

45) On monday, November 15 2021 I was called back up the Hill to Medical, where I was eventually seen by Defendant Dr Wilson Bernales. When I saw Him He didn't ask a single question on Medical History, Alergies, and only looked at a single page in My Medical file before closing it. He completely ignored My Request for a bottom bunk Restriction. He told me to ask the nurse what medication I would Receive. He Reused to schedule a follow up Despite saying He wanted to order lab work.

46) When I asked the nurse later, outside of the exam Room, She told me to ask Bernales again. When I did I was told "I'm a

3-H

46) Family Doctor, not pain specialist, I don't know How to Help you." Then Shortly after "I have to look in your File to decide." This was in the Hallway in front of other inmates, C/os, and nurses.

47) Bernales never went back to my File and ordered ANY treatment or medication, Still to this day, over 4 months after His false claim, I have received no treatment.

48) Bernales spent about (5) Five minutes out of our about (7) Seven minute visit Ranting about my Shower Habits being too often (Daily) and Repeating "skinny young white boy" about two dozen times. This Started while I was trying to explain to Him my symptoms and I was cut off every time I tried to speak. He didn't want to know my medical problems and did all He could to shut me up and shoo me out of the exam Room. He sent me to an x-Ray of my knee Rather than discuss my medical issues.

49) Bernales Clearly didn't care about my pain, despite me trying many times to explain it, and ordered no treatment for it. At no time did He ever ask me.

3-I

49) How severe the pain was, and cut me off when I was explaining (on my own) where the pain is - He cut me off after I first said legs. He never performed any physical exam.

50) 3 months later on 2-15-22 I had a blood draw for totally irrelevant tests that I assert were intended for another inmate, seen the same day (nov 15-21) by Bernales before me, who had entirely different medical issues, which would have called for the tests ran on me. This shall be proven with Diagnostic order codes.

51) Bernales cares so little He never listened to but a partial account of my medical problem, cutting me off to not hear it. He never ordered any treatment, and didn't care to order relevant bloodwork / bloodwork actually intended for me. This goes beyond simple malpractice.

52) I have attempted to file grievances on the requirement of the uphill walk for no appointment and the Denial of treatment from Bernales but AWP Williams has rejected it. Not allowing any other staff to review the issue. She had to have read this Grievance and has Direct personal knowledge of these issues, and has

3-J

52) not only offered / Attempted NO Help, She has actively blocked and Stalled Possible Resolution and Help. These Grievances were Filed on 2-5-22 and 10-31-21.

53) This was After She was informed of Denial of treatment with (ex E).

54) Denial, lack of, delays, and insufficient care ~~and~~ and treatment are Systemic issues at HDSP, only worsened by the understaffing. Dozens, if not Hundreds of inmates are suffering or at Risk of harm / Death due to no treatment, or unReasonable treatment.

55) Defendant N Peret has personal knowledge of my suffering from the informal Grievance being assigned to them. They have a Professional Responsibility to act and Reply to the Grievance. They cared so little as to never Reply in nearly 2 Years.

56) Defendant Gutierrez has personal knowledge of my suffering, by being assigned the First level Grievance. He has never Acted or even Replied to it. As Director of Nursing He is the Healthcare Administrator at HDSP. Per AR 600 - Responsibility #5 - He "is Responsible for the Provision of Healthcare Services... ensuring all inmates have access to care." Per AP 619 Responsibility to ensure compliance

3-K

56) With Infirmary and ~~Clinic~~ Clinic
Operations procedures, He has a professional
obligation to provide me access to Care and
has failed to do So.

57) Warden Johnson has Chosen to Remain
ignorant to my medical problems, Pushing my
Request (er E) off to other staff, He
allows HDSP to be understaffed in medical.
This is such a widespread and Systemic Problem
at His facility that I assert there is
no concivable way He is unaware, unless He
is Deliberately ignoring ~~the~~ the lack of
medical care at HDSP.

58) John Doe 2 — AW of Care services is
Resposible for compliance With infirmary and
Clinic operations per OP 619 - Responsibility.
Again I assert they must be deliberatery
ignorant to such a widespread problem.

59) Defendant Miner has personal knowledge
of my suffering via second level grievance.
The extreme Delay in a Reply shows His
indifference to my needs. Again, Just Stating
the issue is Resoved Despite me receiving
no treatment, Per AR 600 He has ~~clinical~~
responsibility for Clinical operation. AR600-Responsibility

3-L

59) #2 . AR 617  Responsibility – medical Director, for triage and access to sick call. ~~And~~ AR 615.01 #2 C and 615.01 #3 – medical Director – Continuity of care. AR 601 Responsibility # 1 – Director, "monitor and improve Health Care Delivery to inmates". He is professionally Responsible for what has Happened to me by failing at His Duties, and has personal knowledge which He claims to have acted on – if He did, which I detest, it was ineffective.

3-M

Definitions of Abbreviations and Acconyms

NDOC - Nevada Department of Corrections

HDSP - High Desert State Prison

AR - Administrative Regulation

OP - Operations / operational Procedure

Kite - An inmate Request form (form 3012) or "medical kite" a Form 2500 medical service Request - these forms are commonly Referred to by Staff and inmates as "kites"

AW - Associate Warden

C/o - Correctional officer
SC/o - Senior Correctional officer

DON (S) Director of Nursing (Services



### E. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while incarcerated?  ☐ Yes  ☒ No

2. Has this Court or any other court designated you as subject to "three strikes" under 28 U.S.C. § 1915(g)?  ☐ Yes  ☒ No

3. If you have "three strikes" under 28 U.S.C. § 1915(g), does this complaint demonstrate that you are "under imminent danger of serious physical injury?"  ☐ Yes  ☐ No

### F. REQUEST FOR RELIEF

I believe I am entitled to the following relief: Monetary - $100,000, Declaritive, punitive - $50,000 - This is a systemic problem. Inductive - 1 Transfer to a "medically flat yard" with adequate medical staff and care, 2 bottom bunk and bottom Tier Restrictions on file, 3 Ordered medical care and Treatment including enrollment in Chronic-care pain-management clinic with Monthly appointments with a Qualified medical provider, 4 gluten free diet.

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** *See* 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

_____
(name of person who prepared or helped prepare this complaint if not the plaintiff)

_____
(signature of plaintiff)

March 31 - 2022
_____
(date)

**RETURN TO INMATE**

### ADDITIONAL PAGES

You must answer all questions concisely in the proper space on the form. Your complaint may not be more than 30 pages long. It is not necessary to attach exhibits or affidavits to the complaint or any amended complaint. Rather, the complaint or any amended complaint must sufficiently state the facts and claims without reference to exhibits or affidavits. If you need to file a complaint that is more than 30 pages long, you must file a motion seeking permission to exceed the page limit and explain the reasons that support the need to exceed 30 pages in length.

6

A-1

Medical

## INMATE REQUEST FORM

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| Brandon Evans | 1212103 | 10-E-28/A | 9-7-20 |

4. )  REQUEST FORM TO:  (CHECK BOX)        ___MENTAL HEALTH        ___CANTEEN

___CASEWORKER        X MEDICAL        ___LAW LIBRARY        ___DENTAL

___EDUCATION        ___VISITING        ___SHIFT COMMAND

___LAUNDRY        ___PROPERTY ROOM        ___OTHER_____

5.) NAME OF INDIVIDUAL TO CONTACT: _Medical Appointments_____

6.) REQUEST: (PRINT BELOW) I need to be seen for my Fibromialgia please. I am in extreme pain and I have not been seen in almost a year and never offered any treatment. I've started to have crippling pain in my Right knee as well. please. I need to see a Doctor. I've been unable to get any kofe renewed as well. I am suffering and need treatment please let me see a docter and thank you for your time.

7.) INMATE SIGNATURE _BnZ_____ DOC # _1212103_____

8.) RECEIVING STAFF SIGNATURE _____ DATE _____

### 9.) RESPONSE TO INMATE

_____

_____

_____

_____

_____

_____

_____

10.) RESPONDING STAFF SIGNATURE _____ DATE _____

DOC - 3012 (REV. 7/01)

A2

NAME Brandon Evans     ID# 1212103     Unit/Cell#: 10-8-3 ~~JUN 22 2021~~

FACILITY HDSP     DATE 6-22-21     SIGNATURE PM2

**Request**

I have severe Fibromyalga, leg, and knee pain as well as numerous FI issues. I need to see a Provider, please.

I'm in severe, crippling, pain!

INMATES - DO NOT WRITE IN AREA BELOW

**ASSIGNED TO**

☐ Medical  ☐ Dental  ☐ Psychiatry  ☐ Nursing  ☐ Other

**Response to request**

placed on Dr sick call

☐ Appointment scheduled/rescheduled for
☐ No visit necessary
☐ No show for appointment
☐ Refused to be seen, DOC 2523 Release of Liability signed

**PRESCRIPTIONS**

**PLAN**

☐ Follow-up appointment          ☐ Return if needed
☐ No follow-up required

Signature of practitioner responder          Date

NEVADA DEPARTMENT OF CORRECTIONS
**MEDICAL KITE and SERVICE REPORT**

DOC 2500 (03/20)

A3

NAME _Brandon Evans_     ID# _1212103_     Unit/Cell#: _1a-F-25_

FACILITY _HDSP_     DATE _6-19-20_     SIGNATURE _BM_

Request

_KOP_     ACYCLOVIR RX# 325248

_Please renew and refill if possible_
_having a re-occurance of Epstein-Barr Symptoms_

---

## INMATES - DO NOT WRITE IN AREA BELOW
### ASSIGNED TO

☐ Medical     ☐ Dental     ☐ Psychiatry     ☐ Nursing     ☐ Other _____

Response to request _Placed on sick call_

☐ Appointment scheduled/rescheduled for: _____
☐ No visit necessary
☐ No show for appointment
☐ Refused to be seen.  DOC 2523 Release of Liability signed

### PRESCRIPTIONS

☐ KOP     ☐ NON-KOP
☐ Order date _____

### PLAN

☐ Follow-up appointment _____     ☐ Return if needed
☐ No follow-up required

_____     _____
Signature of practitioner/responder     Date

NEVADA DEPARTMENT OF CORRECTIONS
## MEDICAL KITE and SERVICE REPORT

DOC 2500 (03/20)

A4

**PRINT NAME:** Brandon Kenneth Evans          **ID#:** 1212103
(Also print name and ID# at bottom of form where indicated)          **DOB:** 11 / 16 / 1995

**Institution:** HDSP          **Date submitted:** 4 / 23 / 2020          **Signature:** _____

**Medical:** ☒   **Dental:** ☐   **Mental Health:** ☐   **Nursing:** ☐   **Other:** _____

**Reason for request: (Describe below)**
I have been waiting 4+ months for a
Follow up appointment to Finally get treatment
for my Fibromyalgia, Medical is well aware of
this and is leaving me untreated and suffering while
I waits. Me not being seen and treated is
willful and Deiberate indifference from medical at HDSP.

### DO NOT WRITE IN AREA BELOW

Response to request:

You are scheduled and will be notified
the day of your appointment

_____ RN

☐ Appointment Schedule for: ___ / ___ / ___          Rescheduled for: ___ / ___ / ___
☐ No visit necessary
☐ No Show for Appointment
☐ Refused to be seen.  DOC 2523-Release of Liability signed

### PRESCRIPTIONS

☐ KOP          ☐ NON-KOP
☐ Order Date: ___ / ___ / ___

### PLAN

☐ Follow-up appointment ___ / ___ / ___          ☐ Return if needed
☐ No follow-up required

Signature/Title of Provider _____          Date 4 / 23 / 20

NEVADA DEPARTMENT OF CORRECTIONS

# MEDICAL KITE and/or
# SERVICE REPORT

**NAME:** Evans          Brandon          K
Last          First          MI
**ID#:** 1212103
**Unit/Cell#:** 10-F-25

DOC 2500 (03/19)

45

INMATE REQUEST FORM

RECEIVED APR 0 8 2020

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| Brandon K Evans | 1212103 | 10-C-20 | 3-30-20 |

4.)  REQUEST FORM TO:  (CHECK BOX)      ___MENTAL HEALTH      ___CANTEEN

___CASEWORKER      X MEDICAL      ___LAW LIBRARY      ___DENTAL

___EDUCATION      ___VISITING      ___SHIFT COMMAND

___LAUNDRY      ___PROPERTY ROOM      ___OTHER_____

5.) NAME OF INDIVIDUAL TO CONTACT: Nursing / Refills

6.) REQUEST:  (PRINT BELOW) _____ KOPS                    DoB  11/16/95

LORATADINE RX# 301593                Please Refill

4/21      Expired - Give McMan / Pain Plan

ACETAMINOPHEN RX# 301593            Please Renew and Refill
I was supposed to have a follow
up appt. before this expired on 2-3-20 But I
still haven't been seen again for my fibromyalgia yet.

7.) INMATE SIGNATURE  BME                    DOC # 1212103

8.) RECEIVING STAFF SIGNATURE _____      DATE _____

9.) RESPONSE TO INMATE

#301593 Rx expired - Issue
Tylenol Plan
Plan

10.) RESPONDING STAFF SIGNATURE _____      DATE _____

DOC - 3012 (REV. 7/01)

A-6

**PRINT NAME:** Brandon Kenneth Evans

(Also print name and ID# at bottom of form where indicated)

**ID#:** 1212103

**DOB:** 11 / 16 / 1995

**Institution:** HDSP       **Date submitted:** 12.9.19       **Signature:** _____

**Medical:** ☒   **Dental:** ☐   **Mental Health:** ☐   **Nursing:** ☒   **Other:** _____

**Reason for request: (Describe below)**

I Finally Received Some of my KOPs after Being Seen By the DT But I did not Get the Fiber pills for my GI issues.

I also want to make Sure my Medical Records Came in from Elko before my follow up appointment.

### DO NOT WRITE IN AREA BELOW

Response to request:

DEC 1 2 2019

Scheduled

☐ Appointment Schedule for: ___ / ___ / ___       Rescheduled for: ___ / ___ / ___

☐ No visit necessary

☐ No Show for Appointment

☐ Refused to be seen. DOC 2523-Release of Liability signed

### PRESCRIPTIONS

☐ KOP       ☐ NON-KOP

☐ Order Date: ___ / ___ / ___

### PLAN

☐ Follow-up appointment ___ / ___ / ___       ☐ Return if needed

☐ No follow-up required

Signature/Title of Provider _____       Date ___ / ___ / ___

NEVADA DEPARTMENT OF CORRECTIONS

## MEDICAL KITE and/or
## SERVICE REPORT

**NAME:** Evans   Brandon   K
         Last      First      MI

**ID#:** 1212103

**Unit/Cell#:** 10-F-7



**PRINT NAME:** Brandon Kenneth Evans

**ID#:** 1212103

(Also print name and ID# at bottom of form where indicated)

**DOB:** 11/16/1995

**Signature:** _____

Institution: HDSP    Date submitted: 12/04/19    Signature: _____

Medical: ☒   Dental: ☐   Mental Health: ☐   Nursing: ☐   Other: _____

Reason for request: (Describe below)

I was seen a monty ago and haven't gotten my KOPS for extra strength acetomenophen and fiber. I also want to make sure my records request came in from Dr. patel in Elko and that I have a follow up appointment.

**DO NOT WRITE IN AREA BELOW**

Response to request:

Request sent to pharmacy, waiting for delivery.

☐ Appointment Schedule for: __/__/__    Rescheduled for: __/__/__
☐ No visit necessary
☐ No Show for Appointment
☐ Refused to be seen. DOC 2523-Release of Liability signed

**PRESCRIPTIONS**

☐ KOP   ☐ NON-KOP
☐ Order Date: __/__/__

**PLAN**

☐ Follow-up appointment __/__/__    ☐ Return if needed
☐ No follow-up required

Beci RN    12/7/19
Signature/Title of Provider    Date

NEVADA DEPARTMENT OF CORRECTIONS

**MEDICAL KITE and/or SERVICE REPORT**

NAME: Evans   Brandon   K
Last   First   MI
ID#: 1212103
Unit/Cell#: 10-E-7

48

RECEIVED
NOV 5 2019
BY

PRINT NAME: Brandon Kenneth Evans     ID#: 121213
(Also print name and ID# at bottom of form where indicated)     DOB: 11 16 1995

Institution: HDSP     Date submitted: 10 14 2019     Signature: _____

Medical: ☒   Dental: ☐   Mental Health: ☐   Nursing: ☐   Other: _____
                                        - and nova Reschedules

Reason for request: (Describe below)
My last 2 appointments have been skipped or cancelled after I was notified. I've been waiting for 6 months to be seen for my fibromyalgia - I haven't been seen since intake. This chronic care need is being ignored and I am suffering because of medicals willfull indiffer. I've developed a GI Bleed (over a month now- kites in for it) from IBUS.

**DO NOT WRITE IN AREA BELOW**

Response to request:

Scheduled

☐ Appointment Schedule for: ___/___/___     Rescheduled for: ___/___/___
☐ No visit necessary
☐ No Show for Appointment
☐ Refused to be seen. DOC 2523-Release of Liability signed

**PRESCRIPTIONS**

☐ KOP      ☐ NON-KOP
☐ Order Date: ___/___/___

**PLAN**

☐ Follow-up appointment ___/___/___     ☐ Return if needed
☐ No follow-up required

Signature/Title of Provider: Smattinda RN     Date: RECEIVED NOV 5 2019 BY: ..........

NEVADA DEPARTMENT OF CORRECTIONS
**MEDICAL KITE and/or SERVICE REPORT**

NAME: Evans   Brandon   K
         Last      First    MI
ID#: 121213
Unit/Cell#: 10-F-7

Aq

**PRINT NAME:** Brandon Kenneth Evans    **ID#:** 1212103
(Also print name and ID# at bottom of form where indicated)    **DOB:** 11-16-95

Institution: ADSP    Date submitted: 9/0/19    Signature: _BVE_

Medical: ☒    Dental: ☐    Mental Health: ☐    Nursing: ☐    Other: _____

Reason for request: (Describe below)

My fibromyalgia symptoms have gotten extremely bad, I haven't been seen by medical in over 6 months - since intake. I can't sleep due to the pain and can barely climb up to my bunk. All the kites I've been putting in for 3 months have gone unanswered. I have a GI bleed from IBU from canteen nok.

---

### DO NOT WRITE IN AREA BELOW

Response to request:

You are scheduled and will be notified the day of your appointment.

_____, RN

☐ Appointment Schedule for: ___/___/___    Rescheduled for: ___/___/___

☐ No visit necessary

☐ No Show for Appointment

☐ Refused to be seen. DOC 2523-Release of Liability signed

### PRESCRIPTIONS

☐ KOP    ☐ NON-KOP

☐ Order Date: ___/___/___

### PLAN

☐ Follow-up appointment ___/___/___    ☐ Return if needed

☐ No follow-up required

Signature/Title of Provider _~Stuf~_    Date 9/13/19

NEVADA DEPARTMENT OF CORRECTIONS

# MEDICAL KITE and/or
# SERVICE REPORT
REC 9-18-19

NAME: Evans    Brandon    K
    Last    First    MI

ID#: 1212103

Unit/Cell#: 9-A/7

DOC 2500 (03/19)

A 10

Medical

## INMATE REQUEST FORM

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| Brandon Evans | 1212103 | 10-E-25 | 8-8-20 |

4. )  REQUEST FORM TO:  (CHECK BOX)        ___MENTAL HEALTH        ___CANTEEN

___CASEWORKER        X MEDICAL        ___LAW LIBRARY        ___DENTAL

___EDUCATION        ___VISITING        ___SHIFT COMMAND

___LAUNDRY        ___PROPERTY ROOM        ___OTHER_____

5.) NAME OF INDIVIDUAL TO CONTACT: Kof Refills / Nursing

6.) REQUEST: (PRINT BELOW) Please Renew and Refill Kof #301591
for Loratadine to me - this has not been filled
since 5-2-20      I+s the middle of summer and
I need my allergy meds.

Please Refill # 301593 as well I've been out

Thank you

7.) INMATE SIGNATURE BPN                           DOC # 1212103

8.) RECEIVING STAFF SIGNATURE _____ DATE _____

### 9.) RESPONSE TO INMATE

_____

_____

_____

_____

_____

_____

_____

10.) RESPONDING STAFF SIGNATURE _____ DATE _____

DOC - 3012 (REV. 7/01)

NAME Brandon Evans   ID# 1212183   Unit/Cell# 10-F-25A

FACILITY HDSP   DATE 8-18-20   SIGNATURE Bev

**Request**

I've never been seen for a follow up for my colonoscopy and lab work from 5 months ago. please help me i my. Fibromyalgia has gotten extremely bad and I'm in extreme pain. I need treatment.

### INMATES - DO NOT WRITE IN AREA BELOW
#### ASSIGNED TO

- [ ] Medical
- [ ] Dental
- [x] Psychiatry
- [ ] Nursing
- [ ] Other

Response to request:

PLACED ON DOCTOR
SICK CALL

- [ ] Appointment scheduled/rescheduled for
- [ ] No visit necessary
- [ ] No show for appointment
- [ ] Refused to be seen. DOC 2523 Release of Liability signed

#### PRESCRIPTIONS

- [ ] KOP
- [ ] NON-KOP
- [ ] Order date

#### PLAN

- [ ] Follow-up appointment
- [ ] No follow up required
- [x] Return if needed

Signature of practitioner/responder   Date

### NEVADA DEPARTMENT OF CORRECTIONS
# MEDICAL KITE and SERVICE REPORT

DOC 2500 (03/20)

A-12

**PRINT NAME:** Brandon Evans          **ID#:** 1212103
(Also print name and ID# at bottom of form where indicated)          **DOB:** 11/16/95

Institution: HDSP          Date submitted: 8/19/19          Signature: _PM_

Medical: ☒    Dental: ☐    Mental Health: ☐    Nursing: ☐    Other: _____

Reason for request: (Describe below)

My fibromyalsia has gotten severly bad - I can't sleep due to the pain. Can't climb up to the top bunk, I need an antiinflamatory like melaxacam or something. This is my 3rd kite regarding this, the others, put in over a month ago have gone unanswered. I am suffering due to my medical disibility going untreated.     Also my KOP allergy pills aren't working is it possible to get Azelastine nasal spray? Need to request records from my ~~[struck through]~~

**DO NOT WRITE IN AREA BELOW**

Response to request:

~~ol to ____ are sched ____ ne notified the day of your ____~~

____ RN

☐ Appointment Schedule for:          /  /          Rescheduled for:     /  /
☐ No visit necessary
☐ No Show for Appointment
☐ Refused to be seen.  DOC 2523-Release of Liability signed

**PRESCRIPTIONS**

☐ KOP          ☐ NON-KOP
☐ Order Date:          /  /

**PLAN**

☐ Follow-up appointment          /  /          ☐ Return if needed
☐ No follow-up required

_____ Signature/Title of Provider          10/1/1 P     Date

NEVADA DEPARTMENT OF CORRECTIONS

**MEDICAL KITE and/or SERVICE REPORT**

NAME: Evans          Brandon          K
       Last          First          MI

ID#: 1212103

Unit/Cell#: 9-A-7

DOC 2500 (03/19)

A-13

PRINT NAME: Brandon Kennety Evans

ID#: 1212103

(Also print name and ID# at bottom of form where indicated)

DOB: 11 / 18 / 95

Institution: HDSP        Date submitted: 7 /19 / 19        Signature: [signature]

Medical: ☒   Dental: ☐   Mental Health: ☐   Nursing: ☐   Other: ____

Reason for request: (Describe below)

My Fibromyalgia symptoms are getting much worse, I can't climb up to the top Bunk and can't fall asleep Due to the pain. I need to get a bottom bunk and naproxen ℞

Thank you

### DO NOT WRITE IN AREA BELOW

Response to request:

ou are scheduled and will be ...
... day of your appointment

_____ RN

☐ Appointment Schedule for: ___ / ___ / ___        Rescheduled for: ___ / ___ / ___
☐ No visit necessary
☐ No Show for Appointment
☐ Refused to be seen. DOC 2523-Release of Liability signed

### PRESCRIPTIONS

☐ KOP        ☐ NON-KOP
☐ Order Date: ___ / ___ / ___

### PLAN

☐ Follow-up appointment ___ / ___ / ___        ☐ Return if needed
☐ No follow-up required

[signature]
Signature/Title of Provider        Date ___ / ___ / ___

NEVADA DEPARTMENT OF CORRECTIONS

**MEDICAL KITE and/or SERVICE REPORT**

REC 9-16-19

NAME: Evans    Brandon    K
          Last       First      MI
ID#: 1212103

Unit/Cell: _____

B 1

# State of Nevada
# Department of Corrections

## INMATE GRIEVANCE REPORT

**ISSUE ID#**  20063089185                    **ISSUE DATE:**  09/10/2019

| INMATE NAME | NDOC ID | TRANSACTION TYPE | ASSIGNED TO |
|---|---|---|---|
| EVANS, BRANDON KENNETH | 1212103 | RTRN_INF | SMATTINSON |

| LEVEL | TRANSACTION DATE | DAYS LEFT | FINDING | USER ID | STATUS |
|---|---|---|---|---|---|
| IF | 01/10/2020 | 5 | Granted | KPALMER | A |

| INMATE COMPLAINT |
|---|

| OFFICIAL RESPONSE |
|---|

Inmate Brandon Evans #1212103,

I am in receipt of your Informal Grievance 2006-30-89185 as it relates to an appointment with the medical provider regarding fibromyalgia.

You were seen by the provider on 11/6/19, that was your remedy as such your grievance was granted.

Grievance granted.

GRIEVANCE RESPONDER

9/10/19
Sw

B

Jcabrera

Log Number 2006-30-89185

# NEVADA DEPARTMENT OF CORRECTIONS
## INFORMAL GRIEVANCE

NAME: Brandon K Evans     I.D. NUMBER: 1212103

INSTITUTION: HDSP     UNIT: 9-A

GRIEVANT'S STATEMENT: I haven't been seen by Medical for my Physical Medical Disibility Since intake more than 6 months ago. My Medical Kites for my worsening Condition have been ignored for 3 Months — no Replies. I need to see a Doctor for treatment/management of this.

## SWORN DECLARATION UNDER PENALTY OF PERJURY

INMATE SIGNATURE: _____ DATE: 9-10-19 TIME: 8:00 AM

GRIEVANCE COORDINATOR SIGNATURE: _____ DATE: 9/6/19 TIME: 11:45 AM

GRIEVANCE RESPONSE: _____

CASEWORKER SIGNATURE: _____ DATE: 3-4-20

____ GRIEVANCE UPHELD ____ GRIEVANCE DENIED ____ ISSUE NOT GRIEVABLE PER AR 740

GRIEVANCE COORDINATOR APPROVAL: _____ DATE: 2/12/2020

__V__ INMATE AGREES ____ INMATE DISAGREES

INMATE SIGNATURE: _____ DATE: 3-4-20

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A FIRST LEVEL GRIEVANCE MAY BE PURSUED IN THE EVENT THE INMATE DISAGREES.

Original:   To inmate when complete, or attached to formal grievance
Canary:     To Grievance Coordinator
Pink:       Inmate's receipt when formal grievance filed
Gold:       Inmate's initial receipt

RECEIVED
SEP 11 2019
HDSP
DOC 3091 (12/01)

## NEVADA DEPARTMENT OF CORRECTIONS
## EMERGENCY
### GRIEVANCE FORM

NAME: Blandon Evans   I.D. NUMBER: 1212103

INSTITUTION: High Desert State Prison   UNIT: 10-B-19

GRIEVANT'S STATEMENT: I have no ~~access~~ access to medical care. I have severe Fibromyalgia which causes extreme pain 24/7. I've been on the "sick call" list for over 18 months without seeing a Doctor. I have no treatment for my serious medical needs, I'm sitting here waiting in pain for years.
Remedy: Immediatly let me see a qualified medical provider, I've put in 100 medical kites!

**SWORN DECLARATION UNDER PENALTY OF PERJURY**

INMATE SIGNATURE: _____   DATE: 9-6-21 TIME: 19:34

RECEIVING STAFF SIGNATURE: S/o R ___ Ashcraft   DATE: 9-6-21 TIME: 19:36 pm

SUPERVISOR COMMENT/ACTION TAKEN ON EMERGENCY GRIEVANCE: NOT AN EMERGENCY PER A.R 740. Use informal Grievance.

SUPERVISOR SIGNATURE: ____   TITLE: Sgt   DATE: 9/6/21 TIME: 1954

INMATE AGREES: _____ INMATE DISAGREES: ____

INMATE SIGNATURE: _____   TIME: 20:00 DATE: 9-8-21

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM.  A FORMAL GRIEVANCE MAY BE PURSUED IN THE EVENT THE INMATE DISAGREES.

Original:   To inmate when complete, or attached to formal grievance
Canary:   To Grievance Coordinator when complete
Pink:   Inmate's initial receipt

Medical was advised.

DOC-1564 (7/02)

D1 



# State of Nevada
# Department of Corrections

## INMATE GRIEVANCE REPORT

**ISSUE ID#**  20063104159                                **ISSUE DATE:**  06/29/2020

| INMATE NAME | | NDOC ID | TRANSACTION TYPE | ASSIGNED TO |
|---|---|---|---|---|
| EVANS, BRANDON KENNETH | | 1212103 | RTRN_L2 | MMINEV |

| LEVEL | TRANSACTION DATE | DAYS LEFT | FINDING | USER ID | STATUS |
|---|---|---|---|---|---|
| 2 | 01/16/2022 | | Resolved | LVFLORES | INACTIVE |

| INMATE COMPLAINT |
|---|

| OFFICIAL RESPONSE |
|---|

Inmate Evans.
HDSP medical has reviewed your request and medical concerns.  You will be scheduled with an expedited appointment to see our medical provider to provide resolution to your medical issue.  Grievance resolved.

*Michael Minev*
**Michael Minev M.D.**
GRIEVANCE RESPONDER

7·2·71
DON.II

LOG NUMBER: 2006 310 4159

## NEVADA DEPARTMENT OF CORRECTIONS
## SECOND LEVEL GRIEVANCE

NAME: Brandon Evans      I.D. NUMBER: 1212103

INSTITUTION: High desert State Prison   UNIT: 10-B-19

I REQUEST THE REVIEW OF THE GRIEVANCE. LOG NUMBER 2006 310 4159 _____ ON THE SECOND LEVEL. THE ORIGINAL COPY OF MY GRIEVANCE AND ALL SUPPORTING DOCUMENTATION IS ATTACHED FOR REVIEW.

SWORN DECLARATION UNDER PENALTY OF PERJURY

INMATE SIGNATURE: PM _____ DATE: 7-1-21

WHY DISAGREE: First level Grievance from 9-20-20 has not been replied to, way over a timely period (45 days) per AR 740, I am still suffering in extreme pain, now forced to climb to a top bunk with leg pain, with no treatment for years! I need medical attention!

GRIEVANCE COORDINATOR SIGNATURE: _____ DATE: 7/8/21

SECOND LEVEL RESPONSE: _____

2.1.22

_____ Resplus

_____ GRIEVANCE UPHELD   _____ GRIEVANCE DENIED   _____ ISSUE NOT GRIEVABLE PER AR 740

SIGNATURE: Michael Minev M.D.   TITLE: Medical Director   DATE: 1/16/2022

GRIEVANCE COORDINATOR SIGNATURE: _____ DATE: _____

INMATE SIGNATURE: PM _____ DATE: 2-1-22

### THIS ENDS THE FORMAL GRIEVANCE PROCESS

| Original: | To inmate when complete, or attached to formal grievance |
| Canary: | To Grievance Coordinator |
| Pink: | Inmate's receipt when formal grievance filed |
| Gold: | Inmate's initial receipt |

RECEIVED
JUL 08 2021
By

DOC 3094 (12/01)

LOG NUMBER: _200G 310 4159_

## NEVADA DEPARTMENT OF CORRECTIONS
## SECOND LEVEL GRIEVANCE

NAME _Blandh Evans_     I.D. NUMBER: _1212103_

INSTITUTION _High desert State Prison_    UNIT _16-B-19_

I REQUEST THE REVIEW OF THE GRIEVANCE. LOG NUMBER _2086 310 4159_   ON THE SECOND LEVEL. THE ORIGINAL COPY OF MY GRIEVANCE AND ALL SUPPORTING DOCUMENTATION IS ATTACHED FOR REVIEW.

**SWORN DECLARATION UNDER PENALTY OF PERJURY**

INMATE SIGNATURE _Dme_       DATE _7-1-21_

WHY DISAGREE _First level Grievance from 9-20-20 has not_ _been replied to, way over a timely period (45 days) per AR 740. I am still suffering in extreme pain, Too scared to climb to a top bunk with low pain, with no treatment for years! I need medical assistion!_

GRIEVANCE COORDINATOR SIGNATURE _MM_      DATE _7/8/21_

SECOND LEVEL RESPONSE: _____

_____

_____

_____

_____

_____ GRIEVANCE UPHELD _____ GRIEVANCE DENIED _____ ISSUE NOT GRIEVABLE PER AR 740

SIGNATURE: **Michael Minev M.D.**   TITLE: _Medical Director_ DATE: _1/16/202_

GRIEVANCE COORDINATOR SIGNATURE: _____ DATE _____

INMATE SIGNATURE: _____ DATE _2-1-2_

## THIS ENDS THE FORMAL GRIEVANCE PROCESS

| | |
|---|---|
| Original: | To inmate when complete, or attached to formal grievance |
| Canary: | To Grievance Coordinator |
| Pink: | Inmate's receipt when formal grievance filed |
| Gold: | Inmate's initial receipt |

RECEIVED
JUL 07 2021
By

DOC 3094 (12/01)

O.4

Bgutierrez

Log Number 2006 310 4159

## NEVADA DEPARTMENT OF CORRECTIONS
## FIRST LEVEL GRIEVANCE

NAME: Branden evans                    I.D. NUMBER: 1212103

INSTITUTION: HDSP                      UNIT: 10-F-28

I REQUEST THE REVIEW OF THE GRIEVANCE, LOG NUMBER 2006 310 4159    , IN A FORMAL
MANNER. THE ORIGINAL COPY OF MY GRIEVANCE AND ALL SUPPORTING DOCUMENTATION IS ATTACHED
FOR REVIEW.

SWORN DECLARATION UNDER PENALTY OF PERJURY

INMATE SIGNATURE: _____     DATE: 9-20-20

WHY DISAGREE: You have NOT responded to the I/F in a timely
Manner. I Need Actual Medical Treatment
for My fibromyalgia. IAM SUFFERRING,
Remedy= C-see me & treat My Medical
issues

GRIEVANCE COORDINATOR SIGNATURE: _____     DATE: 10/6/20

FIRST LEVEL RESPONSE: _____

_____

_____

_____

_____

_____ GRIEVANCE UPHELD_____ GRIEVANCE DENIED_____   ISSUE NOT GRIEVABLE PER AR 740

WARDEN'S SIGNATURE:_____TITLE: _____ DATE: _____

GRIEVANCE COORDINATOR SIGNATURE:_____ DATE: _____

_____ INMATE AGREES_____ INMATE DISAGREES

INMATE SIGNATURE:_____ DATE: _____

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A SECOND LEVEL GRIEVANCE MAY BE
PURSUED IN THE EVENT THE INMATE DISAGREES.

| Original: | To inmate when complete, or attached to formal grievance |
| Canary: | To Grievance Coordinator |
| Pink: | Inmate's receipt when formal grievance filed |
| Gold: | Inmate's initial receipt |



RECEIVED
SEP 21 2021
HDSP
DOC 3093 (12/01)

FILE COPY

CASEworker Faliszek D5

## INMATE REQUEST FORM

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| Brandon evans | 1212103 | 16-K-25 | 9-13-20 |

4. ) REQUEST FORM TO: (CHECK BOX)

| | | |
|---|---|---|
| ✓ CASEWORKER | ___MEDICAL | ___MENTAL HEALTH   ___CANTEEN |
| ___EDUCATION | ___VISITING | ___LAW LIBRARY   ___DENTAL |
| ___LAUNDRY | ___PROPERTY ROOM | ___SHIFT COMMAND |
| | | ___OTHER_____ |

5.) NAME OF INDIVIDUAL TO CONTACT: Mr. Faliszek.

6.) REQUEST: (PRINT BELOW) I Submitted A Medical grievence, over 45 days Ago, (a the informal level

Please Provide the Log #

Thank you

7.) INMATE SIGNATURE _____   DOC # 1212103

8.) RECEIVING STAFF SIGNATURE _____ DATE _____

*************************************************************************************

### 9.) RESPONSE TO INMATE

GR #
2006 31 04159

10.) RESPONDING STAFF SIGNATURE _____   DATE 9-15-2020

FILE COPY

SEP 2 1 2020

DOC- 3012 (REV. 7/01)

pjs
7-1-2020
1134

D6

Noperat

Log Number *2006-31-04159*

# NEVADA DEPARTMENT OF CORRECTIONS
## INFORMAL GRIEVANCE

NAME: Brandon Evans                    I.D. NUMBER: 121 21 0 3

INSTITUTION: HDSP              UNIT: 10-F-25

GRIEVANT'S STATEMENT: I am filing this grievance Because
HDSP-medical delivery System, Ductors and Nurses
Are Aware of my Fibromyalgia and are failing to
treat me Adequately. This constitutes medical deliberate
Indifference a Violation of my Federal rights.

SWORN DECLARATION UNDER PENALTY OF PERJURY

INMATE SIGNATURE: _____ DATE: 6-29-20 TIME: 1700hrs

GRIEVANCE COORDINATOR SIGNATURE: Kyle _____ DATE: 7-6-20 TIME: 6:04

GRIEVANCE RESPONSE: _____

_____

_____

_____

_____

CASEWORKER SIGNATURE: _____ DATE: _____

____ GRIEVANCE UPHELD _____ GRIEVANCE DENIED _____ ISSUE NOT GRIEVABLE PER AR 740

GRIEVANCE COORDINATOR APPROVAL: _____ DATE: _____

_____ INMATE AGREES _____ INMATE DISAGREES

INMATE SIGNATURE: _____ DATE: _____

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A FIRST LEVEL GRIEVANCE MAY
BE PURSUED IN THE EVENT THE INMATE DISAGREES.

| | |
|---|---|
| Original: | To inmate when complete, or attached to formal grievance |
| Canary: | To Grievance Coordinator |
| Pink: | Inmate's receipt when formal grievance filed |
| Gold: | Inmate's initial receipt |

RECEIVED

JUL 02 2020

FILE COPY HDSP

DOC 3091 (12 / 01)

Log Number 2006-31-04159

# NEVADA DEPARTMENT OF CORRECTIONS
## INFORMAL GRIEVANCE

NAME: Brandon Evans                         I.D. NUMBER: 1212103

INSTITUTION: HDSP                           UNIT: 10-F-28

GRIEVANT'S STATEMENT: I am filing this grievance Because
HDSP medical delivery System, Doctors and Nurses
Are Aware of my tine mahon and are failing to
treat me Adequately. This Constitutes medical deliberate
indifference in violation of my Federal rights.

## SWORN DECLARATION UNDER PENALTY OF PERJURY

INMATE SIGNATURE: _____  DATE: _____ TIME: _____

GRIEVANCE COORDINATOR SIGNATURE: _____ DATE: 7-6-70 TIME: 6:04

GRIEVANCE RESPONSE: _____

_____

_____

_____

_____

CASEWORKER SIGNATURE: _____ DATE: _____

____ GRIEVANCE UPHELD ____ GRIEVANCE DENIED ____ ISSUE NOT GRIEVABLE PER AR 740

GRIEVANCE COORDINATOR APPROVAL: _____ DATE: _____

____ INMATE AGREES _____ INMATE DISAGREES

INMATE SIGNATURE: _____ DATE: _____

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A FIRST LEVEL GRIEVANCE MAY
BE PURSUED IN THE EVENT THE INMATE DISAGREES.

| | |
|---|---|
| Original: | To inmate when complete, or attached to formal grievance |
| Canary: | To Grievance Coordinator |
| Pink: | Inmate's receipt when formal grievance filed |
| Gold: | Inmate's initial receipt |

RECEIVED

JUL 02 2020

FILE COPY

HDSP



DOC 3091 (12 / 01)

D8

## NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: Brandon Evans     I.D. NUMBER: 1212103

INSTITUTION: HDSP     UNIT #: 10-F-25

GRIEVANCE #: ___     GRIEVANCE LEVEL: I/F

GRIEVANT'S STATEMENT CONTINUATION:     PG. 2 OF 2

I have Fibromyalgia which causes extreme physical
PAin, digestion problems, Joint Problems as well as
Fatigue. I was able to Adequately treat this
with a Doctor on the Streets, But the HDSP Doctors
are completely Failing to treat me meaningfully
HARM= I Feel tortured and Like I am going to
die I Hurt So BAd!! Please Help me!

Remedy: Have me Seen By a doctor, And Have
the Doctor Provide Meaningful treatment
Not Just tylenol.

Original:     Attached to Grievance
Pink:     Inmate's Copy

RECEIVED

JUL 02 2020

DOC-3097 (01/02)

FILE COPY HDSP

RECEIVED

PRINT NAME: Brandon Kenneth Evans          ID#: 1212103

(Also print name and ID# at bottom of form where indicated)          DOB: 11 / 16 / 1995

Institution: HDSP          Date submitted: 4, 23, 2020          Signature: ___

Medical: ☒   Dental: ☐   Mental Health: ☐   Nursing: ☐   Other: ___

Reason for request: (Describe below)

I have been waiting 4 + months for a follow up appointment to finally get treatment for my Fibromyalgia. Medical is well aware of this and is leaving me untreated and suffering while I wait. Me not being seen and treated is _____ of deliberate indifference from medical at HDSP.

### DO NOT WRITE IN AREA BELOW

Response to request:

You are scheduled and will be notified the day of your appointment.

_____ RN

☐ Appointment Schedule for: ___ / ___          Rescheduled for: ___ / ___

☐ No visit necessary

☐ No Show for Appointment

☐ Refused to be seen. DOC 2523-Release of Liability signed

### PRESCRIPTIONS

☐ KOP   ☐ NON-KOP

☐ Order Date: ___ / ___

### PLAN

☐ Follow-up appointment ___ / ___          ☐ Return if needed

☐ No follow-up required

Signature/Title of Provider          Date: 4 . 23 . 20

NEVADA DEPARTMENT OF CORRECTIONS

## MEDICAL KITE and/or
## SERVICE REPORT

NAME: Evans   Branson   K
       Last      First      MI

ID#: 1212103

Unit/Cell#: 10-F-25

RECEIVED   JUL 02 2020

FILE COPY

DOC 2500 (03/19)

D10

## INMATE REQUEST FORM

RECEIVED APR 0 8 2020

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| Blandon  K  Evans | 1212103 | 10 - C - 20 | 3-30-20 |

4. )  REQUEST FORM TO:  (CHECK BOX)

___CASEWORKER          X MEDICAL          ___MENTAL HEALTH          ___CANTEEN

___EDUCATION          ___VISITING          ___LAW LIBRARY          ___DENTAL

___LAUNDRY          ___PROPERTY ROOM          ___SHIFT COMMAND

          ___OTHER_____

5.) NAME OF INDIVIDUAL TO CONTACT: Nursing / Refills

6.) REQUEST: (PRINT BELOW)   Kops                          DoB  11/18/95

please Refill

4/21    TRAMADONE  R## 301593    please Renew and Refill

I was supposed to have a follow up appt. before this expired on 2-3-20 But I still haven't been seen again for my fibromyalgia yet.

7.) INMATE SIGNATURE  _____       DOC # 1212103

8.) RECEIVING STAFF SIGNATURE _____ DATE _____

9.) RESPONSE TO INMATE

#301593 Rx expired

10.) RESPONDING STAFF SIGNATURE _____  DATE _____

RECEIVED JUL 02 2020

FILE COPY  HDSP

DOC - 3012 (REV. 7/01)

D11

PRINT NAME: Brandon Kennety Evans            ID#: 1212103

(Also print name and ID# at bottom of form where indicated)    DOB: 11 / 16 / 1995

Institution: HDSP            Date submitted: 12 / 9 / 19            Signature: AE

Medical: ☒    Dental: ☐    Mental Health: ☐    Nursing: ☒    Other: _____

Reason for request: (Describe below)

I Finally Received some of my KOPs after Being
seen By the Dr But I did not Get the
fiber Pills for my GI issues.

I also want to make Sure my Medical Records came
in from Elko before my follow up appointment.

### DO NOT WRITE IN AREA BELOW

Response to request:

DEC 1 2 2019

Scheduled

| | |
|---|---|
| ☐ | Appointment Schedule for: ___ / ___        Rescheduled for: ___ / ___ |
| ☐ | No visit necessary |
| ☐ | No Show for Appointment |
| ☐ | Refused to be seen.  DOC 2523-Release of Liability signed |

### PRESCRIPTIONS

| | |
|---|---|
| ☐ | KOP        ☐ NON-KOP |
| ☐ | Order Date: ___ / ___ |

### PLAN

| | |
|---|---|
| ☐ | Follow-up appointment ___ / ___        ☐ Return if needed |
| ☐ | No follow-up required |

_____            ___ / ___
Signature/Title of Provider            Date

NEVADA DEPARTMENT OF CORRECTIONS        NAME: Evans        RECEIVED

## MEDICAL KITE and/or
## SERVICE REPORT

Last        First        MI

FILE COPY        JUL 02 2020

ID#: _____            HDSP
Unit/Cell#: 18-F-7

D12

PRINT NAME: Brandon Kenneth Evans        ID#: 1212103
(Also print name and ID# at bottom of form where indicated)   DOB: 11 /16 /1995

Institution: HDSP        Date submitted: 12 /04 /19        Signature: [signature]

Medical: ☒        Dental: ☐        Mental Health: ☐        Nursing: ☐        Other: _____

Reason for request: (Describe below)
I was seen a month ago and haven't gotten my
KOPS for Extra Strength acetomprophen and fiber.
I also want to make sure my records request
came in from DR. Patel in Elko and that I
have a follow up appointment.

### DO NOT WRITE IN AREA BELOW

Response to request:

Request sent to pharmacy, waiting for
delivery.

☐ Appointment Schedule for: ___ / ___ / ___        Rescheduled for: ___ / ___ / ___
☐ No visit necessary
☐ No Show for Appointment
☐ Refused to be seen. DOC 2523-Release of Liability signed

### PRESCRIPTIONS

☐ KOP        ☐ NON-KOP
☐ Order Date: ___ / ___ / ___

### PLAN

☐ Follow-up appointment ___ / ___ / ___        ☐ Return if needed
☐ No follow-up required

[signature] Bere RN g        12 , 7 , 19
Signature/Title of Provider        Date

NEVADA DEPARTMENT OF CORRECTIONS        NAME: Evans   Brandon   K
**MEDICAL KITE and/or**        Last        First        MI
**SERVICE REPORT**        ID#: 1212103        RECEIVED
                                                JUL 02 2020
FILE COPY - 7 HDSP

DOC 2500 (03/10)

D13

RECEIVED

PRINT NAME: Brandon Kenneth Evans

(Also print name and ID# at bottom of form where indicated)

ID#: 1212103
DOB: 11 16 1995
Signature: _____

Institution: HPSP          Date submitted: 10 14 2019          Signature: _____

Medical: [X]   Dental: [ ]   Mental Health: [ ]   Nursing: [ ]   Other: _____

Reason for request: (Describe below)

My last 2 appointments have been skipped or cancelled after I was notified. I've been waiting for 6 months to be seen for my fibromyalgia — I haven't been seen since intake. This chronic care need is being ignored and I am suffering because of medicals willful indifference. I've developed a GI bleed (over a month now - kites in fact) from DBCS.

**DO NOT WRITE IN AREA BELOW**

Response to request:

Scheduled

[ ] Appointment Schedule for: __/__/__          Rescheduled for: __/__/__
[ ] No visit necessary
[ ] No Show for Appointment
[ ] Refused to be seen. DOC 2523-Release of Liability signed

**PRESCRIPTIONS**

[ ] KOP   [ ] NON-KOP
[ ] Order Date: __/__/__

**PLAN**

[ ] Follow-up appointment __/__/__          [ ] Return if needed
[ ] No follow-up required

Signature/Title of Provider          Date          BY:

NOV - 6 2019

NEVADA DEPARTMENT OF CORRECTIONS

**MEDICAL KITE and/or SERVICE REPORT**

NAME: Evans Brandon
Last          First          MI
ID#: 1212103
Unit/Cell#: 10-F-7

FILE COPY   JUL 02 2020   HDSP

D14

**PRINT NAME:** Brandon Kenneth Evans    **ID#:** 1212103

(Also print name and ID# at bottom of form where indicated)    **DOB:** ~~illegible~~

Institution: HDSP    Date submitted: 9,10,19    Signature: _illegible_

Medical: ☒    Dental: ☐    Mental Health: ☐    Nursing: ☐    Other: _____

Reason for request: (Describe below)

My fibromyalgia symptoms have gotten extremely bad,
I haven't been seen by medical in over 6
months - since intake. I can't sleep due to
the pain and can barely climb up to my
bunk. All the kites I've been putting in for 3 months
have gone unanswered. I have a GI bleed from IBU from canteen you

### DO NOT WRITE IN AREA BELOW

Response to request:

You are scheduled and will be notified
the day of your appointment.

_____,RN

☐ Appointment Schedule for: ___/___/___    Rescheduled for: ___/___/___

☐ No visit necessary

☐ No Show for Appointment

☐ Refused to be seen.  DOC 2523-Release of Liability signed

### PRESCRIPTIONS

☐ KOP    ☐ NON-KOP

☐ Order Date: ___/___/___

### PLAN

☐ Follow-up appointment ___/___/___    ☐ Return if needed

☐ No follow-up required

Signature/Title of Provider _illegible_    Date 9, 13, 19

NEVADA DEPARTMENT OF CORRECTIONS

# MEDICAL KITE and/or
# SERVICE REPORT

REC 9-18-19

NAME: Evans   Brandon   K
        Last        First        MI

ID#: 1212103    RECEIVED

Unit/Cell#: 9-A / JUL 02 2020

FILE COPY

HDSP 2500 (03/19)

PRINT NAME: _Brandon Evans_

(Also print name and ID# at bottom of form where indicated)

ID#: _1212103_

DOB: _11 / 16 / 95_

Institution: _HDSP_    Date submitted: _8 / 19 / 19_    Signature: _PvW_

Medical: ☒    Dental: ☐    Mental Health: ☐    Nursing: ☐    Other: _____

Reason for request: (Describe below)

My fibromyalgia has gotten severly bad - I can't sleep due to the pain. Can't climb up to the top bunk. I need an antiflamitory like melanicam or something. This is my 3rd kite regarding this. the others, put in over a month ago have gone unanswered. I am suffering due to my medical disibility going untreated.    Also my KOP allergy pills aren't working, is it possible to get Azelastine nasal spray?

Need to request records from my Extracr

**DO NOT WRITE IN AREA BELOW**

Response to request:

~~ok to SOAG are sched~~ _____ be notified

~~the day of you~~ ___ .

RN _____

☐ Appointment Schedule for: ___ / ___ / ___    Rescheduled for: ___ / ___ / ___

☐ No visit necessary

☐ No Show for Appointment

☐ Refused to be seen. DOC 2523-Release of Liability signed

**PRESCRIPTIONS**

☐ KOP    ☐ NON-KOP

☐ Order Date: ___ / ___ / ___

**PLAN**

☐ Follow-up appointment ___ / ___ / ___    ☐ Return if needed

☐ No follow-up required

Signature/Title of Provider _____    Date _10 / 1 / 19_

NEVADA DEPARTMENT OF CORRECTIONS

# MEDICAL KITE and/or SERVICE REPORT

NAME: _Evans    Brandon    K_
       Last      First      MI

ID#: _1212103_

RECEIVED

Unit/Cell#: _9-A-7_

JUL 02 2020

FILE COPY

2500 (03/19)

D 16

PRINT NAME: Brandon Kenneth Evans          ID#: 1212103
(Also print name and ID# at bottom of form where indicated)   DOB: 11 / 18 / 95

Institution: HDSP          Date submitted: 7 /19 / 19          Signature: _____

Medical: ☒   Dental: ☐   Mental Health: ☐   Nursing: ☐   Other: _____

Reason for request: (Describe below)
My Fibromyalgia symptoms are getting much worse I can't
climb up to the top bunk and can't fall asleep Due to
the pain. I need to get a bottom bunk and naproxen RX

                              Thank you

---

**DO NOT WRITE IN AREA BELOW**

Response to request:

You are scheduled and will be ...
... day of your appointment

_____ RN

☐ Appointment Schedule for: ___/___/___      Rescheduled for: ___/___/___
☐ No visit necessary
☐ No Show for Appointment
☐ Refused to be seen. DOC 2523-Release of Liability signed

**PRESCRIPTIONS**

☐ KOP        ☐ NON-KOP
☐ Order Date: ___/___/___

**PLAN**

☐ Follow-up appointment ___/___/___          ☐ Return if needed
☐ No follow-up required

_____
Signature/Title of Provider          Date: ___/___/___

---

NEVADA DEPARTMENT OF CORRECTIONS

**MEDICAL KITE and/or**
**SERVICE REPORT**

NAME: Evans          Brandon     RECEIVED
       Last             First         K
                                       MI
ID#: 1212103          JUL 02 2020

Rec 9-16-19          FILE COPY          HDSP

Rec b- pm mail E

## INMATE REQUEST FORM

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| Branden Evans | 1212103 | 10-B-19 | 9-26-21 |

4.) REQUEST FORM TO: (CHECK BOX)

___CASEWORKER ___MEDICAL ___MENTAL HEALTH ___CANTEEN

___EDUCATION ___VISITING ___LAW LIBRARY ___DENTAL

___LAUNDRY ___PROPERTY ROOM ___SHIFT COMMAND

X OTHER Warden

5.) NAME OF INDIVIDUAL TO CONTACT: Warden (Calvin Johnson HDSP
pursuant to U.S.C. § 1746 and NRS 208.165

6.) REQUEST: (PRINT BELOW) I have not been seen by medical in nearly two years for my Fibromyalgia. I have received no reply at any level, to my greivance regarding this (2006 3104159) well past every timeline per OP740 and AR740, including first level, which you are responsible for. HDSP medical refuses to help or even see me, while I suffer in pain that can be managed with the help of a qualified Doctor. This is unnessecary and deliberate infliction of pain upon me.

7.) INMATE SIGNATURE _____ under penalty of perjury DOC # 1212103

8.) RECEIVING STAFF SIGNATURE _____ DATE 9/26/21

*********************************************************************
9.) RESPONSE TO INMATE

Medical staff was contacted in regards to the above information. It should first be noted that you did not mention the above during the intake process, which could have speed up your interaction w/ medical. However, as a result of COVID19, medical became backed up w/ patients. Medical is now fully staffed and is working diligently to see everyone ASAP. You are on their clinic list.

10.) RESPONDING STAFF SIGNATURE AW Montarsi _____ DATE 9/30/21

F 1

INMATE REQUEST FORM

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| Brandon Evans | 1212103 | 10-8-19   HDSP | 9-26-21 |

4.) REQUEST FORM TO: (CHECK BOX)

___MENTAL HEALTH   ___CANTEEN

___CASEWORKER   ___MEDICAL   ___LAW LIBRARY   ___DENTAL

___EDUCATION   ___VISITING   ___SHIFT COMMAND

___LAUNDRY   ___PROPERTY ROOM   ☒OTHER Director - NDOC

5.) NAME OF INDIVIDUAL TO CONTACT: Director Charles Daniels
Pursuant to U.S.C. § 1746 and NRS 208.165

6.) REQUEST: (PRINT BELOW) I have not been seen by medical in nearly two years for my Fiblomyalgia. I have received no reply, at any level, to my Grievance Regarding this (2006 3104159) well past every timeline per AR 740, including Second level, which you are responsible for. HDSP medical refuses to Help or even see me, while I suffer in pain that can be managed with the Help of a Qualified Doctor. This is unnessesary and Deliberate infliction of pain upon me.

7.) INMATE SIGNATURE _____ Under penalty of Purjury DOC # 1212103

8.) RECEIVING STAFF SIGNATURE _____ DATE 9/26/21

9.) RESPONSE TO INMATE

_____

_____

_____

_____

_____

_____

_____

10.) RESPONDING STAFF SIGNATURE _____ DATE _____



## INMATE REQUEST FORM

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| Brandon Evans | 1212103 | 10-8-19 | 9-23-21 |

4.)  REQUEST FORM TO:  (CHECK BOX)

| | | |
|---|---|---|
| ✗CASEWORKER | \_\_MENTAL HEALTH | \_\_CANTEEN |
| \_\_MEDICAL | \_\_LAW LIBRARY | \_\_DENTAL |
| \_\_EDUCATION | \_\_VISITING | \_\_SHIFT COMMAND |
| \_\_LAUNDRY | \_\_PROPERTY ROOM | \_\_OTHER_____ |

5.) NAME OF INDIVIDUAL TO CONTACT: __S. Barrett CSS III__

6.) REQUEST: (PRINT BELOW) I have not been seen by medical in nearly two years for my Fibromyalgia. I have received no reply, at any level, to my Greivance Regarding this (2006 3104159) Well past every timeline per AR 740 (including 2nd level) HDSP medical refuses to Help me or even see me, While I suffer in pain that can be easily managed with a Doctors Help. This is unnessasary and Deliberate infliction of pain upon me.

7.) INMATE SIGNATURE _____ DOC # 1212103

8.) RECEIVING STAFF SIGNATURE _Sgt C Ashcroft_ DATE 9-23-21

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Co Whistikker Refsed to sign
8:09pm  9-23-21

9.) RESPONSE TO INMATE

Medical Notified

10.) RESPONDING STAFF SIGNATURE _____ DATE 10/1/7

#3

## INMATE REQUEST FORM

| 1.) INMATE NAME          DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|
| Brandon Evans    1212103 | 1C - B - 19 | 9-23-21 |

4. )  REQUEST FORM TO:  (CHECK BOX)          ___MENTAL HEALTH          ___CANTEEN

___CASEWORKER          ___MEDICAL          ___LAW LIBRARY          ___DENTAL

___EDUCATION          ___VISITING          ___SHIFT COMMAND

___LAUNDRY          ___PROPERTY ROOM          X OTHER _9 -12 LT___

5.) NAME OF INDIVIDUAL TO CONTACT: ___LT. ontiveros_____ (9-12/PSU screening)

6.) REQUEST: (PRINT BELOW) I have not been seen by Medical in nearly two years for my Fibromyalgia, I have recieved no reply, at any level, to my grievance regarding this (2006 30 4159) well past reply timeline per AR740 (including 2nd em) HDSP medical refuses to help or even see me, While I suffer in pain that can be easily managed with a Doctors help. This is unnecessary and Deliberate infliction of Pain upon me.

7.) INMATE SIGNATURE _____ DOC # __1212103__

8.) RECEIVING STAFF SIGNATURE ___sch K Ashcroft____ DATE _9-23-21_
*****************************************************************************
c/o Whittickel refuced to sign          9.) RESPONSE TO INMATE
. cppfm 9-23-21

_____

_____

_____

_____

_____

_____

_____

10.) RESPONDING STAFF SIGNATURE _____ DATE _____

DOC - 3012 (REV. 7/01)

F4

INMATE REQUEST FORM

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| Brandon Evans | 1212103 | 10-8-19 | 9-19-21 |

4.)  REQUEST FORM TO:  (CHECK BOX)      ___MENTAL HEALTH      ___CANTEEN

___CASEWORKER          ___MEDICAL          ___LAW LIBRARY          ___DENTAL

___EDUCATION          ___VISITING          ___SHIFT COMMAND

___LAUNDRY          ___PROPERTY ROOM          X OTHER _A W_

5.) NAME OF INDIVIDUAL TO CONTACT: ___ A.W.   R. Oliver _____

6.) REQUEST:  (PRINT BELOW) I have not been seen by Medical
in nearly two years for my Fibromyalgia. I have
received no reply, at any level, to my grievance
reporting this (2006-210-4159) has been sent many times
in AR 740 (including 2nd level) HDSP medical Refuses to
Help or even see me while I'm suffering in tremors
cramping pain, which can be easily managed with
a Doctors help. This is willfull and deliberate inaction on Medical

7.) INMATE SIGNATURE _____ DOC # 1212103

8.) RECEIVING STAFF SIGNATURE _____ DATE 9-19-21

*****************************************************************************************************************
9.) RESPONSE TO INMATE

_____

_____

_____

_____

_____

_____

_____

10.) RESPONDING STAFF SIGNATURE _____ DATE _____

DOC - 3012 (REV. 7/01)

F5

## INMATE REQUEST FORM

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| R (alden) Evans | 1212K3 | 10-B-19 | 9-23-21 |

4. )  REQUEST FORM TO: (CHECK BOX)         ___MENTAL HEALTH        ___CANTEEN

✓CASEWORKER          ___MEDICAL          ___LAW LIBRARY          ___DENTAL

___EDUCATION          ___VISITING          ___SHIFT COMMAND

___LAUNDRY          ___PROPERTY ROOM          ___OTHER_____

5.) NAME OF INDIVIDUAL TO CONTACT: _Greivance Coofdinator (T. Harris??)_

6.) REQUEST: (PRINT BELOW) I have received no Reply at any level to Greivance # 2008 2104159 - Well Past every timeline in AR 740. I need Medical Lielp. please furnish a Reply and act on this Greivance. These delays further prolong my suffering in extreme, yet treatable, pain.

_____

_____

7.) INMATE SIGNATURE _____ DOC # _1212103_

8.) RECEIVING STAFF SIGNATURE _S/O V Ashcroft_ DATE _9-23-21_

(Co lohn 12/nel refused to sign
5:04 PM 9-23-2)

### 9.) RESPONSE TO INMATE

_____

_____

_____

_____

_____

_____

_____

10.) RESPONDING STAFF SIGNATURE _____ DATE _____

DOC - 3012 (REV. 7/01)

F6

INMATE REQUEST FORM

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| Ricardo Evans | 1212103 | 10 (ten) B 19 | 10-12-21 |

4. )  REQUEST FORM TO:  (CHECK BOX)        ___MENTAL HEALTH        ___CANTEEN

___CASEWORKER        _X_MEDICAL        ___LAW LIBRARY        ___DENTAL

___EDUCATION        ___VISITING        ___SHIFT COMMAND

___LAUNDRY        ___PROPERTY ROOM        ___OTHER_____

5.) NAME OF INDIVIDUAL TO CONTACT: _Medical Scheduling_____

6.) REQUEST: (PRINT BELOW) _can you please tell me the (1)
name and job position /title of the person
(nurse?) in charge of scheduling sick call and
medical appointments.
Thank you_____

7.) INMATE SIGNATURE _____ DOC # 1212103

8.) RECEIVING STAFF SIGNATURE _____ DATE _____

********************************************************************************
9.) RESPONSE TO INMATE

10.) RESPONDING STAFF SIGNATURE _____ DATE _____

DOC - 3012 (REV. 7/01)


Exhibit F7

## INMATE REQUEST FORM

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT ten | 3.) DATE |
|---|---|---|---|
| Brandon Evans | 1212103 | 10-B-19 | 2-6-21 |

4.)   REQUEST FORM TO:  (CHECK BOX)          ___MENTAL HEALTH      ___CANTEEN

___CASEWORKER          ☑MEDICAL          ___LAW LIBRARY        ___DENTAL

___EDUCATION          ___VISITING          ___SHIFT COMMAND

___LAUNDRY          ___PROPERTY ROOM          ___OTHER_____

5.) NAME OF INDIVIDUAL TO CONTACT: G. Worthy — HIC

6.) REQUEST: (PRINT BELOW) I need to Review my Medical Records. I've sent multiple Doc2500 medical kites for this with no reply, or told I'm on the list 4+ Months ago. This is needed for litigation in ~~false~~ Federal case #: 2:21-CV-02247. Please Refer to AR 639.03 #4A.a (3-5 days) when scheduling this.
Thank you for your time.

7.) INMATE SIGNATURE _BM/_          DOC # 1212103

8.) RECEIVING STAFF SIGNATURE _____ DATE _____

### 9.) RESPONSE TO INMATE

You have been placed on the list for a chart review. You must bring your photo ID. You may bring a pen and paper for notes.

The list is quite long.

10.) RESPONDING STAFF SIGNATURE _H. Worthy -HIC_ DATE 2-8-22

NAME _Blandon Evans_   ID# _1212103_   Unit/Cell#: _ten 10+B-19_

FACILITY _HDSP_   DATE _11-16-21_   SIGNATURE _BV/_

Request

Has H.DSP medical Requested my medical Records rplevious labwork from Indcorp?

I have 100s of bloodwork Results with them.

**INMATES - DO NOT WRITE IN AREA BELOW**

**ASSIGNED TO**

☐ Medical   ☐ Dental   ☐ Psychiatry   ☐ Nursing   ☐ Other _____

Response to request

Please schedule to see provider for results of lab work.

☐ Appointment scheduled/rescheduled for: _____
☐ No visit necessary
☐ No show for appointment
☐ Refused to be seen. DOC 2523 Release of Liability signed

**PRESCRIPTIONS**

☐ KOP   ☐ NON-KOP
☐ Order date _____

**PLAN**

☐ Follow-up appointment _____   ☐ Return if needed
☐ No follow-up required

_G. Dr-lby-HIC_   _12-1-21_
Signature of practitioner/responder   Date

NEVADA DEPARTMENT OF CORRECTIONS
**MEDICAL KITE and SERVICE REPORT**

DOC 2500 (03/21)

G

Submission Dates of medical Requests
(kites)

7-19-19
8-19-19
9-10-19
10-14-19
12-9-19
1-6-20
2-11-20
3-11-20
3-30-20
4-23-20
7-29-21
7-30-21
8-3-21
8-5-21
8-7-21
8-9-21
8-16-21
10-18-21
11-16-21
11-17-21
12-20-21
3-3-22

CHECK YOUR SYMPTOMS | FIND A DOCTOR | FIND A DENTIST | CONNECT TO CARE | FIND LOWEST DRUG PRICES | SIGN IN | SUBSCRIBE

WebMD | HEALTH A-Z | DRUGS & SUPPLEMENTS | LIVING HEALTHY | FAMILY & PREGNANCY | NEWS & EXPERTS | SEARCH

Fibromyalgia > Guide >

MENU H1

# What Causes Fibromyalgia?

When you get injured, nerve signals travel from the problem spot on your body through your spinal cord to your brain, which senses these signals as pain. It's a warning that something's wrong. As you heal, the pain gets better, and in time it goes away.

But if you have fibromyalgia, you hurt all over even when you're not sick or injured. And the pain doesn't go away. Some doctors think they know why: a glitch in the way your brain and spinal cord handle pain signals.

When you have fibromyalgia, you may have more cells that carry pain signals than normal. And you may have fewer cells that slow pain signals down. This means your pain volume is always turned up, like music blasting on a radio. The result is that minor bumps and bruises hurt more than they should. And you may feel pain from things that shouldn't hurt at all.

Doctors aren't sure why some people get fibromyalgia. Many things could cause the body's pain signals to go awry. Plus, different people report different things that seemed to trigger their condition. You can even have more than one cause. They can include:

**FIBROMYALGIA FATIGUE HOME**

Medical Reference
Features
Slideshows & Images
Quizzes
Health Tools

**FIBROMYALGIA HOME**

News
Reference
Slideshows
Quizzes
Videos
Questions & Answers
Medications
Find a Rheumatologist

**FIBROMYALGIA GUIDE**

Overview & Facts
Symptoms & Signs
Treatment & Care
Living With Fibromyalgia

**RELATED TO FIBROMYALGIA**

Chronic Fatigue Syndrome
Drug Interaction Checker
Family Health

**TODAY ON WEBMD**

Physical Therapy
Can it help your fibromyalgia flare-ups?

Fibromyalgia Treatments
Medications, lifestyle changes, and more.

Working with Fibro
Tips to modify your workspace is one step.

Getting a Fibro Diagnosis
Learn what steps to take.

**RECOMMENDED FOR YOU**

SLIDESHOW
9 Things You Can Do to Avoid Fibromyalgia Pain and Fatigue

SLIDESHOW
a Visual Guide to Understanding Fibromyalgia

SLIDESHOW
Fibromyalgia-Friendly Exercises

ARTICLE
Fibromyalgia: Work and Disability

SLIDESHOW
12 Tips for Coping With Fibromyalgia

SLIDESHOW
Fibromyalgia Exercises to Do at Home

ARTICLE
How Can Physical Therapy Help Fibromyalgia?

Fibromyalgia: Possible Causes and Risk Factors

Irritable Bowel Syndrome
Pain Management
Sex & Relationships
Sleep Disorders

H2

- **Genes.** Fibromyalgia seems to run in families. Your parents may pass on genes that make you more sensitive to pain. Other genes can also make you more likely to feel anxious or depressed, which makes pain worse.

- **Other diseases.** A painful disease like arthritis or an infection raises your chances of getting fibromyalgia.

- **Emotional or physical abuse.** Children who are abused are more likely to have the condition when they grow up. This may happen because abuse changes the way the brain handles pain and stress.

- **Posttraumatic stress disorder (PTSD).** Some people have this mental health problem after a terrible event, like war, a car crash, or rape. These events are also linked to fibromyalgia in some people.

- **Gender.** The condition is much more common in women than men. Doctors think this could be related to differences in the way men and women feel and react to pain, as well as how society expects them to respond to pain.

- **Anxiety and depression.** These and other mood disorders seem linked to fibromyalgia, though there's no proof that they actually cause the condition.

→ - **Not moving enough.** The condition is much more common in people who aren't physically active. Exercise is one of the best treatments for





QUIZ
Fibromyalgia Alternative Treatments, Supplements, and Diet

## TOOLS & RESOURCES

Fibromyalgia in Children and Teenagers: Symptoms and Treatments

What Is Fibromyalgia?

An Overview of Fibromyalgia Treatments

a Visual Guide to Understanding Fibromyalgia

9 Things You Can Do to Avoid Fibromyalgia Pain and Fatigue

Fibromyalgia Exercises to Do at Home

## TOOLS & RESOURCES

Fibro-Friendly Exercises

Fight Fibro Fatigue

Fibro Exercises You Can Do at Home

Video: Fibromyalgia Symptoms and Treatments

Medications That Treat Fibromyalgia

Fibromyalgia: Safe Supplements

fibromyalgia you already have. It can help turn the pain volume down.

WebMD Medical Reference | Reviewed by David Zelman, MD on August 08, 2019

Sources ⌄    © 2019 WebMD, LLC. All rights reserved.

NEXT ARTICLE

**Fibromyalgia in Children and Teens** ›

**Fibromyalgia Guide** ›

| 1 | Overview & Facts | 3 | Treatment & Care |
|---|---|---|---|
| 2 | Symptoms & Signs | 4 | Living With Fibromyalgia |

TOP PICKS

**Fibromyalgia Health Check: Get a Personalized Report**

**Easy Exercises for Pain Relief**

**What You Need to Know About Fibromyalgia**

H3



*H4*

# Fibromyalgia Pain

**By Debra Fulghum Bruce, PhD**

Medically Reviewed by David Zelman, MD on June 16, 2020

Fibromyalgia Pain

Whether you are experiencing painful tender points, deep muscle pain, chronic headaches, unending back pain, or neck pain, you know how fibromyalgia feels. People with fibromyalgia experience pain in ways no one else can really understand.

But what is pain? What causes it? Is fibromyalgia pain acute (short term) or chronic (long term)? And what impact does fibromyalgia pain have on every part of your life?

## What Is Pain?

Pain is an uncomfortable feeling in your body that warns you something is wrong. While this feeling is the body's way of alerting your brain that there is a problem, after it goes on for weeks or even months, pain becomes a part of your very existence. At that point, not only is pain a symptom that something is wrong, but pain becomes the disease itself.

## What Is Fibromyalgia-Related Pain?

Fibromyalgia-related pain is pain that causes you to ache all over. You may have painful "tender points," places on your body that hurt no matter what medication you take. Your muscles may feel like they have been overworked or pulled even though you haven't exercised. Sometimes, your muscles will twitch. Other times they will burn or ache with deep stabbing pain. Some patients with fibromyalgia have pain and achiness around the joints in their neck, shoulders, back, and hips. This kind of pain makes it difficult to sleep or exercise.

## How Does the Brain Perceive Pain?

There are over 20 different kinds of nerve endings in your skin that tell you if among other sensations something is hot, cold, or painful. These nerve endings convert mechanical, thermal, or chemical energy into electrical signals that convey information to the brain    and spinal cord -- also known as the central nervous system or CNS. These signals travel to areas of your CNS where you perceive the stimuli as the sensations you actually feel -- sensations such as searing, burning, pounding, or throbbing.

Research suggests that the pain associated with fibromyalgia is caused by a "glitch" in the way the body processes pain. This glitch results in a hypersensitivity to stimuli that normally are not painful. According to the National Institute of Arthritis and Musculoskeletal and Skin Diseases (NIAMS), research has shown that people with fibromyalgia have reduced blood flow to parts of the brain    that normally help the body deal with pain.

## Is Fibromyalgia Pain Acute or Chronic?

Acute pain comes on suddenly and can be severe. For instance, think about how suddenly your back can ache after you've bent down to lift a heavy package or a child. Yet, in more than 80% of cases, acute pain goes away in about two weeks. It runs its course and disappears as the problem is relieved. If your pain from a strained muscle lasts only a few days or weeks, it is considered acute.

Chronic pain    is pain that lasts much longer than someone would normally expect based on the original problem or injury. When pain becomes chronic, our bodies react in several ways. Chronic pain    may be associated with abnormalities in brain    chemicals, low energy, mood disorders, muscle pain, and impaired mental and physical performance. As neurochemical changes in your body increase your sensitivity to pain, the chronic pain worsens. You begin to have pain in other parts of the body that do not normally hurt.

## What Are Fibromyalgia's Tender Points?

Tender points are localized areas of tenderness typically above muscles, tendons or bones-- that hurt when pressed. Tender points are not areas of deep pain. Instead, they are superficial areas seemingly under the surface of the skin, such as over the elbow or shoulder. People with fibromyalgia often have 11 or more out of a possible 18 tender points.

## How Does the Chronic Pain of Fibromyalgia Impact Lives?

Fibromyalgia's chronic pain seems unending. The ongoing headaches    , neck pain, aching joints, and painful tender points prevent sleep    , causing you to awaken frequently at night. The chronic sleep disorder    of fibromyalgia results in

increased achiness, morning stiffness, and daytime fatigue. While you want to exercise    and be active, you may suffer with foot pain, hip pain, knee pain, or other painful joints. All of these make it next to impossible to exercise with friends or to play with your kids or grandkids.

The constant pain causes more irritation and difficulty dealing with others, including family members, friends, and people at work. For women with fibromyalgia who must take care of family members and work full-time, coping with pain is a challenge. If there is undiagnosed pain and no effective treatment or medication for the fibromyalgia, the overwhelming feelings can lead to irritability, exhaustion, anxiety, social isolation, and depression.

### How Can I Get Relief for Undiagnosed Fibromyalgia Pain?

Talk to your doctor about your symptoms of fibromyalgia, including the body aches, aching joints, painful tender points, and fatigue    . With a multifaceted program of effective drugs, alternative therapies, psychotherapy, and mind/body remedies, you should be able to find good relief of symptoms and reclaim your active life again.

WebMD Medical Reference
Sources ∨
SOURCES:
National Institute of Arthritis and Musculoskeletal and Skin Diseases: "Fibromyalgia."
Fibromyalgia Network: "Symptoms."
Arthritis Foundation: "Fibromyalgia: What Causes It?"
National Fibromyalgia Association: "Understanding Fibromyalgia and Chronic Pain."
McIlwain, H. and Bruce, D. *The Fibromyalgia Handbook*, Holt, 2007.

© 2020 WebMD, LLC. All rights reserved.

NEXT ARTICLE

## Persistent and Chronic Fatigue



---

## Fibromyalgia Guide ›

1   **Overview & Facts**                    3   **Treatment & Care**

2   **Symptoms & Signs**                 4   **Living With Fibromyalgia**

*Brandon Evans*
*12/2/03*

*H7*

*WebMD*

# How Is Fibromyalgia Diagnosed?

**By Regina Boyle Wheeler**

✓ Medically Reviewed by David Zelman, MD on August 11, 2021



Video Loading...

You could call fibromyalgia a copycat condition. Its main symptoms -- widespread pain and fatigue -- are a lot like those of other health problems. And there's no test or scan that can diagnose fibromyalgia, so it can be hard for your doctor to nail down what's causing your aches and pains.

If you think you could have it, pack your patience. You may need to see several doctors to get the right diagnosis. Once you do, the right treatments can help you feel better.

## First Steps

Your family doctor may be able to tell you have fibromyalgia if they're familiar with the condition. But you'll probably want to see a rheumatologist, a doctor who's an expert in problems with joints, muscles, and bones.

Your rheumatologist will ask you about your health and family history -- you're more likely to have fibromyalgia if other people in your family have it.

They'll give you a physical exam and may check for tender points. People who have fibromyalgia often feel tenderness when pressure is put on certain spots, generally around the back of your head, your neck, shoulders, elbows, knees, and hips.

They'll also ask about your symptoms, so it's a good idea to keep a detailed record of where and when you hurt. Is the pain dull or sharp? Does it come and go, or is it constant? Are you tired a lot or not thinking clearly? Write down any other problems you have, even if you don't think they're related.

## Fibromyalgia or Something Else?

Several conditions cause pain, muscle aches, and fatigue, just like fibromyalgia:

- Hypothyroidism: Your thyroid gland doesn't make enough of a certain hormone.

- **Rheumatoid arthritis** or **lupus**: Problems with your **immune system** cause swelling and pain.

- **Osteoarthritis**: This is the "wear and tear" type of **arthritis**.

- **Ankylosing spondylitis**: This is a specific type of arthritis that causes pain and **inflammation** in your **spine**.

- **Polymyalgia rheumatica**: This disorder causes widespread pain and stiffness that come on quickly.

Your doctor will want to rule out any of these other problems. They may take a sample of your **blood** to check your hormone levels or look for signs of **inflammation** . You may also get X-rays so they can look at your bones.

## Fibromyalgia Scoring System

If your doctor can't find another reason for your symptoms, they'll use a two-part process to help figure out if you **have fibromyalgia**. One part involves the trademark widespread pain on both sides of your body and above and below your waist. The other part measures how bad your symptoms are.

They'll ask if you've had pain in 19 specific places in the past week, including your arms, legs, back, jaw, and neck. This is called the widespread pain index (WPI), and scores range from 0 to 19.

The symptom severity (SS) scale measures three key symptoms during the past week:

- **Fatigue**

- Waking up still tired

- Thinking problems

The SS scale ranges from 0 to 3:

- 0 -- No problems

- 1 -- Mild: It comes and goes.

- 2 -- Moderate: You usually have or feel it.

- 3 -- Severe: It seriously affects your daily life.

Your doctor also will ask if you've had about 40 other symptoms that can affect people who have fibromyalgia. These include depression and anxiety, bellyaches, itching, taste changes, numbness, and dizziness. This score ranges from 0 (no symptoms) to 3 (a lot of problems).

Your doctor will add all the SS numbers together to get a score. It will be between 0 and 12.

Your doctor may tell you that you fibromyalgia if you:

- Have a WPI score of 7 or more and SS score of 5 or more

- Have WPI of 3 to 6 and an SS score of 9 or more

- Have had symptoms at the same level for at least 3 months

- Don't have any other condition that can cause these symptoms

From there, you'll talk about a plan to manage it. With the right treatment, most people who have it live a normal, active life.

WebMD Medical Reference
Sources ⌄
SOURCES:

National Institute of Arthritis and Musculoskeletal and Skin Diseases: "Fibromyalgia."

National Fibromyalgia Association: "Diagnosis."

Brandon Evans  12/2/03

H 11





HEALTH TOPICS
# Fibromyalgia
BASICS

## Points To Remember About Fibromyalgia

- Fibromyalgia is a long-lasting or chronic disorder that causes muscle pain and fatigue (feeling tired).
- The symptoms of fibromyalgia are pain and tenderness throughout your body.
- You can treat your fibromyalgia with medicines, lifestyle changes, and complementary therapies.

## What is fibromyalgia?

Fibromyalgia is a long-lasting or chronic disorder that causes muscle pain and fatigue (feeling tired). If you have fibromyalgia, you have pain and tenderness throughout your body. Sometimes you may have two or more chronic pain conditions at the same time, such as:

- Chronic fatigue syndrome.
- Endometriosis.
- Irritable bowel syndrome.
- Interstitial cystitis.
- Temporomandibular joint dysfunction (TMJ).
- Vulvodynia.

## Who gets fibromyalgia?

Anyone can get this disorder, though it occurs most often in women and often starts in middle age. If you have certain other diseases, you may be more likely to have fibromyalgia. These diseases include:

- Rheumatoid arthritis.
- Systemic lupus erythematosus (commonly called lupus).
- Ankylosing spondylitis (spinal arthritis).

If you have a family member with fibromyalgia, you may be more likely to get the disorder.

H 12

## What are the symptoms of fibromyalgia?

The symptoms of fibromyalgia are pain and tenderness throughout your body. Other symptoms may also include:

- Trouble sleeping.
- Morning stiffness.
- Headaches.
- Painful menstrual periods.
- Tingling or numbness in hands and feet.
- Problems with thinking and memory (sometimes called "fibro fog").

## What causes fibromyalgia?

Doctors don't know the exact cause of fibromyalgia. Researchers continue to study fibromyalgia and think the following events may contribute to the cause of the disorder:

- Stressful or traumatic events, such as car accidents.
- Repetitive injuries.
- Illness.
- Certain diseases.

Sometimes, fibromyalgia can develop on its own. Fibromyalgia tends to run in families, and some scientists think that a gene or genes could make you more likely to develop fibromyalgia. The genes could make you react strongly to things that other people would not find painful.

## Is there a test for fibromyalgia?

Currently there aren't any laboratory tests to diagnose fibromyalgia.

You may see many doctors before receiving the diagnosis. This can happen because the main symptoms of fibromyalgia, pain and fatigue, are similar to many other conditions. Doctors often have to rule out other causes of these symptoms before making a diagnosis of fibromyalgia.

Doctors use guidelines to help diagnose fibromyalgia, which can include:

- A history of widespread pain lasting more than 3 months.
- Physical symptoms including fatigue, waking unrefreshed, and cognitive (memory or thought) problems.
- The number of areas throughout the body in which you had pain in the past week.