# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| Brandon Kenneth Evans, | 2:21-cv-02247-GMN-VCF |
| Plaintiff, | |
| vs. | **Order** |
| Wilson Bernales, et al., | |
| Defendant. | |

Plaintiff filed a motion to extend time. ECF No. 25. Defendants did not file an opposition or a notice of non-opposition. Judge Navarro ruled on defendants' motion to dismiss. ECF No. 27. Plaintiff's mail has been returned as undeliverable (ECF No. 28) but plaintiff then filed a notice of change of address (ECF No. 29).

Accordingly,

I ORDER that a video hearing on plaintiff's motion (ECF No. 25) is scheduled for August 21, 2023 at 10:00 AM.

I FURTHER ORDER the Clerk of Court to mail a copy of Judge Navarro's order (ECF No. 27) to plaintiff at his new address (ECF No. 29).

I FURTHER ORDER that counsel/the parties must email Courtroom Administrator Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov, with an email address to be used for the video conference hearing by noon, August 14, 2023.

I ORDER that the following Video Conference Instructions be adhered to as follows:

INSTRUCTIONS FOR THE VIDEO CONFERENCE

1

1  Instructions to the scheduled hearings will be sent via email thirty (30) minutes prior to the
2  hearing to the participants email provided to the Court.
3  • Log on to the call ten (10) minutes prior to the hearing time.
4  • Mute your sound prior to entering the hearing.
5  • Do not talk over one another.
6  • State your name prior to speaking for the record.
7  • Do not have others in the video screen or moving in the background.
8  • No recording of the hearing.
9  • No forwarding of any video conference invitations.
10 • Unauthorized users on the video conference will be removed.
11 IT IS SO ORDERED.
12 DATED this 31st day of July 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE