AARON D. FORD
Attorney General
CHRIS DAVIS (Bar No. 6616)
Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-9252 (phone)
(702) 486-3773 (fax)
Email: cwdavis@ag.nv.gov

*Attorneys for Defendants Wilson Bernales,
Ben Gutierrez, Michael Minev,
Nonilon Peret and Julie Williams*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BRANDON K. EVANS, <br><br> Plaintiff, <br><br> v. <br><br> WILSON BERNALES, *et al.*, <br><br> Defendants. | Case No. 2:21-cv-02247-GMN-VCF <br><br> **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Defendants Wilson Bernales, Ben Gutierrez, Michael Minev, Nonilon Peret and Julie Williams, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Chris Davis, Senior Deputy Attorney General, and Plaintiff Brandon K. Evans, acting *pro se*, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned action, including all claims against all parties, be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///

///

///

///

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case. Any outstanding deadlines are considered moot.

By: _____
Brandon K. Evans
*Plaintiff, pro se*

DATED: 12-18-23

AARON D. FORD
Nevada Attorney General

By: _____
Chris Davis, Bar No. 6166
Senior Deputy Attorney General
*Attorneys for Defendant*

DATED: 1-23-24

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: January 23, 2024

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on January 23, 2024, I electronically filed the foregoing **STIPPULATION AND ORDER TO DISMISS WITH PREJUDICE** via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically.

I further certify that participants in the case who are not registered CM/ECF users have been served by First-Class Mail, postage prepaid, as follows:

Brandon K. Evans
1701 Winchester Dr.
Elko, NV 89801v
*Plaintiff, Pro Se*

                                       /s/ *Jennifer N. Briones*
                                       An employee of the Office of the
                                       Nevada Attorney General